UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NAKEYA WOODS** )<br>    Plaintiff ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **NEW JERSEY AUTOMOTIVE ACCOUNT** ) <br> **MANAGEMENT CO., INC.** ) <br>     Defendant ) <br> _____ ) | Case No.:<br>3:10-CV-00702(AVC)<br><br><br><br><br><br><br><br>JULY 16, 2010 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Nakeya Woods, through her attorney, and the defendant, New Jersey Automotive Account Management Co., Inc., through its attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, NAKEYA WOODS**

By: /S/Daniel S. Blinn_____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457

**Defendant**, New Jersey Automotive Account Management, Co., Inc.


By /s/ Howard E. Kantrovitz
Howard E. Kantrovitz   ct04131
hek@kblawyer.com
Kantrovitz & Brownstein, P.C.
P.O. Box 3557
New Haven, CT 06525
Tel. (203) 389-0070 ext. 13
Fax. (203) 389-4403


**CERTIFICATION**

I hereby certify that on this 16th day of July 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ Daniel S. Blinn
Daniel S. Blinn